HUBBELL
*vs.*
READ.

{ 14L 243!
46   378}

## HUBBELL *vs.* READ.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE
BUCHANAN PRESIDING.

Partners doing business as " *wood merchants, and running drays for hire*,"
constitute a commercial partnership, and are bound *in solido* for the
obligations of the firm.

This is an action on a promissory note against Lewis A.
Read, one of the firm of Skeels & Read, as endorser.   The
note is drawn to the order of, and endorsed by, the firm of
Skeels & Read.

EASTERN DIST.
January, 1840.

HUBBELL
vs.
READ.

According to an agreement of counsel, in the record, it is admitted that Skeels & Read were *"partners as wood merchants and in running drays for hire."* Judgment was rendered against Read, *in solido*, on the endorsement of the firm, and he appealed.

*Harrison,* for the plaintiff.

*Lockett,* contra.

*Morphy, J.,* delivered the opinion of the court.

The defendant and appellant is sued as one of the firm of Skeels & Read, for an endorsement of the firm, on a note of four hundred dollars. An agreement of counsel is appended, at the foot of the record, submitting, as the only question in the case, whether Read is bound *in solido;* the defendants, Skeels & Read, being partners as wood merchants and in running drays for hire. The very words of the question propounded, hardly leave any room for doubt or deliberation; for, if the partners are merchants, as they are thus admitted to be, they must be supposed to carry on those dealings which are peculiar to, and most common among merchants, and which, under article 2796, of our Code, characterize commercial partnerships. It matters not whether those dealings are confined to one, or extend to every kind of personal property; it is the act of buying and selling those things that the partners trade in, which stamps a mercantile character on their partnership; such, we cannot but believe, must have been the business and dealings of Skeels & Read, as wood merchants. They must, therefore, be viewed as commercial partners, and held liable *in solido.* The semblance of a defence, exhibited in this court, throws but too thin a veil over the real nature and object of this appeal, to protect the appellant from the damages prayed for by the appellee.

*Partners doing business as 'wood merchants, and running drays for hire,' constitute a commercial partnership, and are bound in solido for the obligations of the firm.*

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with ten per cent. damages on the amount of the note, and costs in both courts.